IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| **ROBERT WAYNE LEATHERS,** | § | |
| Plaintiff, | § | |
| | § | |
| **v.** | § | |
| | § | **CIVIL ACTION NO. 2:11-cv-00030-J** |
| **GRAY COUNTY, TEXAS, and** | § | **JURY DEMANDED** |
| **JAMES HEFLEY, individually and as** | § | |
| **COMMISSIONER PCT. 4, GRAY** | § | |
| **COUNTY, TEXAS.** | § | |
| Defendants. | § | |

### DEFENDANT JAMES HEFLEY'S MOTION TO DISMISS
### UNDER FEDERAL RULE 12(b)(6)

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW, James Hefley, one of the named Defendants in the above-entitled and numbered civil action, and makes and files his Motion to Dismiss Under Federal Rule 12(b)(6).

Respectfully submitted,

*/s/ D. Randall Montgomery*

**D. RANDALL MONTGOMERY**
State Bar No. 14289700
**ALYSSA M. BARRENECHE**
State Bar No. 24040607
**D. RANDALL MONTGOMERY**
  **& ASSOCIATES, P.L.L.C.**
12400 Coit Road, Suite 560
Dallas, Texas 75251
(214) 292-2600
(214) 292-2601 (Telecopy)

**ATTORNEYS FOR DEFENDANT
JAMES HEFLEY**

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true and correct copy of the above and foregoing instrument has been served upon all attorneys of record in accordance with the Federal Rules of Civil Procedure on this the  22nd  day of March, 2011.

**VIA E-FILE AND**
**CMRRR 7192 2556 0010 0003 6508**
Philip R. Russ
Law Offices of Phillip R. Russ
2700 S. Western, Suite 1200
Amarillo, Texas 79109

                                           */s/ D. Randall Montgomery*

                                           **D. RANDALL MONTGOMERY**