IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| **ROBERT WAYNE LEATHERS,** | § | |
| Plaintiff, | § | |
| | § | |
| **v.** | § | |
| | § | **CIVIL ACTION NO. 2:11-cv-00030-J** |
| **GRAY COUNTY, TEXAS, and** | § | **JURY DEMANDED** |
| **JAMES HEFLEY, individually and as** | § | |
| **COMMISSIONER PCT. 4, GRAY** | § | |
| **COUNTY, TEXAS.** | § | |
| Defendants. | § | |

## DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COME NOW, Gray County, Texas and James Hefley, Defendants in the above-entitled and numbered civil action, and file this their Certificate of Interested Persons as follows:

1. Plaintiff Robert Wayne Leathers
   c/o Phillip R. Russ
   Law Offices of Phillip R. Russ
   2700 S. Western, Suite 1200
   Amarillo, Texas 79101

2. Defendant Gray County, Texas
   c/o D. Randall Montgomery
   D. Randall Montgomery & Assoc., PLLC
   12400 Coit Road, Suite 560
   Dallas, Texas 75251

3. Defendant James Hefley
   c/o D. Randall Montgomery
   D. Randall Montgomery & Assoc., PLLC
   12400 Coit Road, Suite 560
   Dallas, Texas 75251

4. Travelers Ins. Co.
   P.O. Box 65100
   San Antonio, Texas 78265

Defendants are not aware of any other persons with a financial interest in the outcome of this litigation at this time.

                                                     Respectfully submitted,

                                                     */s/ D. Randall Montgomery*
                                                     **D. RANDALL MONTGOMERY**
                                                     State Bar No. 14289700
                                                   **ALYSSA M. BARRENECHE**
                                                   State Bar No. 24040607
                                                   **D. RANDALL MONTGOMERY**
                                                       **& ASSOCIATES, P.L.L.C.**
                                                   12400 Coit Road, Suite 560
                                                   Dallas, Texas 75251
                                                   (214) 292-2600
                                                   (214) 292-2601 (Telecopy)

                                                   **ATTORNEYS FOR DEFENDANTS**
                                                   **GRAY COUNTY, TEXAS AND**
                                                   **JAMES HEFLEY**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing instrument has been served upon all attorneys of record in accordance with the Federal Rules of Civil Procedure on this the  23rd   day of March, 2011.

**VIA E-FILE AND**
**REGULAR MAIL**
Philip R. Russ
Law Offices of Phillip R. Russ
2700 S. Western, Suite 1200
Amarillo, Texas 79109

                                                   */s/ D. Randall Montgomery*
                                                   **D. RANDALL MONTGOMERY**